# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| THOMAS VERSOSA, AIDA VERSOSA, MARIA LACAP, CRISELDA PEREZ,<br><br>Plaintiffs<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, dba PROGRESSIVE,<br><br>Defendant | Case No.: 2:24-cv-02383-APG-NJK<br><br>**Order Remanding Case for Lack of Subject Matter Jurisdiction** |

I previously ordered defendant Progressive Direct Insurance Company to show cause as to why this action should not be remanded to the state court for lack of subject matter jurisdiction. ECF No. 3. I advised Progressive that if it did not show cause by January 16, 2025, I would remand this case to the state court. *Id.* Progressive did not respond.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 17th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE